**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

LAURA SEIDL, individually, derivatively and on behalf of all others similarly situated,

    Plaintiff,

v.

AMERICAN CENTURY COMPANIES, INC., *et al.*,

    Defendants.

No. C 08-04117 SBA

**ORDER**

Before the Court is plaintiff's complaint [Docket No. 1]. Plaintiff alleges she is a shareholder in a mutual fund, the American Century Ultra Fund (the "Fund"). Compl. ¶ 2. She alleges defendants unlawfully invested her money in illegal gambling businesses. *Id.* ¶ 1. Plaintiff alleges she is a resident of New York.[1] *Id.* ¶ 11. She alleges defendant American Century Companies, Inc. ("ACC") has its principal place of business in Kansas City, Missouri. *Id.* ¶ 14. She also alleges ACC has offices in San Francisco and New York. *Id.* She further alleges defendant American Century Investment Management ("ACIM") has its principal place of business in Kansas City, Missouri. *Id.* ¶ 15. She alleges ACIM is a subsidiary of ACC, and that ACC selects ACIM's executives and board of directors. *Id* ¶ 14. She further alleges ACIM manages the Fund and engaged in the unlawful conduct. *Id.* As individual defendants, plaintiff has named executive officers and directors of the Fund. *Id.* ¶¶ 16-21.

For her verified venue allegation, plaintiff states, "Venue is proper in this district pursuant to 28 U S.C. § 1391 and 18 U.S.C. § 1965 (RICO) because some of the acts and practices complained of herein occurred in substantial part within this district and because one or more Defendants reside, has an agent, or transacts their affairs within this district." Compl. ¶ 23. Plaintiff does not elaborate.

///

---

[1] Plaintiff's counsel is in El Segundo, in Southern California. Compl. at 1.

ACCORDINGLY, IT IS HEREBY ORDERED THAT all parties shall file briefs of five pages or less, within seven days of the date of the entry of this Order,[2] stating why the Court should or should not transfer this matter to the Western District of Missouri or the Southern District of New York, and if transferred their preferred venue. Further, the parties shall indicate all other pending civil and criminal matters related to or regarding this matter or the facts or events giving rise to it. Alternatively, plaintiff may withdraw this matter and re-file it in a district more closely related to the events giving rise to this matter.

IT IS SO ORDERED.

October 7, 2008

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge

---

[2] For counting purposes, Federal Rule of Civil Procedure 6(a)(2) shall *not* apply to this period.

2