1

Thomas I. Sheridan, III
HANLY CONROY BIERSTEIN

2

SHERIDAN FISHER & HAYES, LLP
112 Madison Avenue

3

New York, NY 10016-7516
Telephone: 212-784-6404

4

Facsimile: 212-784-6420
tsheridan@hanlyconroy.com

5

6

*Attorney for Plaintiff (Admitted Pro Hac Vice)*

7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

8

9

10

LAURA SEIDL, individually, derivatively and on behalf of all others similarly situated,

No. C 08-04117 SBA

11

Plaintiff,

12

- against -

13

AMERICAN CENTURY COMPANIES, INC., ET AL,

**NOTICE OF VOLUNTARY DISMISSAL**

14

Defendants,

15

- and -

16

AMERICAN CENTURY MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY ULTRA FUND,

17

Nominal Defendant.

18

19

WHEREAS, by order of this court entered October 8, 2008, the court ordered the

20

parties to file briefs addressing whether the court should or should not transfer this matter to the

21

Western District of Missouri or the Southern District of New York, or in the alternative, ordering

22

that Plaintiff may withdraw this matter and re-file it in another district;

23

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the order

24

entered October 8, 2008, that Plaintiff hereby voluntarily dismisses this action without prejudice.

25

Dated:  October 15, 2008

26

27

28

-1-

**NOTICE OF VOLUNTARY DISMISSAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/S/_____

Thomas I. Sheridan, III
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES, LLP
112 Madison Avenue
New York, NY 10016-7416
Telephone: 212-784-6400
tsheridan@hanlyconroy.com

and

Crystal Howard (SBN 224627)
SIMMONSCOOPER LLC
100 N. Sepulveda Blvd., Suite 1350
El Segundo, California 90245
Telephone: 310-322-3555
Facsimile: 310-322-3655
choward@simmonscooper.com
*Attorneys for Plaintiff*

To:

COOLEY GODWARD KRONISH LLP
GORDON C. ATKINSON (122401)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222
atkinsongc@cooley.com

*Attorneys for Defendants and Nominal Defendant*

**NOTICE OF VOLUNTARY DISMISSAL**